UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| NICHOLAS HOWLETT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:07-CV-597 (JCH) |
| ) | |
| SEAWEST FINANCIAL CORPORATION, ) | |
| et al., ) | |
| Defendants. ) | |

## **ORDER**

The matter is before the Court on Defendant Consumer Portfolio Services, Inc.'s Amended Motion for Extension of Time to File Answer and Affirmative Defenses (Doc. No. 23), filed May 15, 2007. The motion requests an extension of time to file an answer and affirmative defenses until ten days after the Court rules on a Motion to Dismiss (Doc. No. 20). The Court will grant the extension, but will set a specific date within which the answer and affirmative defenses must be filed.

The parties have also asked for, and received, numerous extensions on other motions presently before the Court. As a reminder, responses to Plaintiff's Motion to Remand (Doc. No. 17) and Defendants' Motions to Dismiss (Doc. No. 20, 24) are due on **Thursday, June 21, 2007**. The parties may reply to the responses until **Thursday, June 28, 2007**.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant Consumer Portfolio Service, Inc.'s Amended Motion for Extension of Time to File Answer and Affirmative Defenses (Doc. No. 23) is **GRANTED** and its answer and affirmative defenses shall be filed no later than **Monday, July 9, 2007.**

Dated this 11 day of June, 2007.

/s/ Jean C. Hamilton  
UNITED STATES DISTRICT JUDGE